# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5087**                              **September Term, 2024**

**1:25-cv-00240-ACR**

**Filed On:** April 9, 2025

Nicolas Talbott, et al.,

      Appellees

      v.

United States of America, et al.,

      Appellants

    **BEFORE:**    Pillard, Katsas, and Rao, Circuit Judges

## O R D E R

It is **ORDERED**, on the court's own motion, that this case be scheduled for oral argument on Tuesday, April 22, 2025, at 9:30 A.M. before Circuit Judges Pillard, Katsas, and Rao.  It is

**FURTHER ORDERED** that the following times be allotted for oral argument:

| | | |
|---|---|---|
| Appellants | - | 30 Minutes |
| Appellees | - | 30 Minutes |

One counsel per side to argue.  Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by April 11, 2025.

### Per Curiam

            **FOR THE COURT:**
            Clifton B. Cislak, Clerk

      BY:    /s/
            Michael C. McGrail
            Deputy Clerk

[Memorandum to Counsel Concerning Cases Set for Oral Argument (Form 71)](#)

[Notification to the Court from Attorney Intending to Present Argument (Form 72)](#)